**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16-CR-04024-12-SRB |
| ) | |
| CASEY DEWAYNE MILLER, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Before the Court is Defendant Casey Dewayne Miller's *pro se* motion for early termination of supervised release. (Doc. #486.) For the reasons stated below, the motion is granted.

Defendant Miller was originally sentenced on November 30, 2017, for distribution of a controlled substance. He received a nine-month custody sentence, to be followed by a three-year term of supervised release. Defendant Miller initially commenced his term of supervised release on March 2, 2018, but his supervision was revoked on May 31, 2018, for violating the conditions of his release. The Court sentenced Defendant Miller to a sixty-day term of imprisonment, with a three-year term of supervised release to follow. Defendant Miller's subsequent supervised release term commenced on July 26, 2018, and is currently set to expire on July 25, 2021. In support of his instant request, Defendant Miller states that he has remained consistently employed over the course of his supervised release and is committed to his long-term recovery and sobriety.

The Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions . . . relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3583(e)(1). Upon review

of the record and the circumstances of his case, the Court finds that Defendant Miller's conduct and the interest of justice warrant early termination of his supervised release.

Accordingly, it is hereby **ORDERED** that Defendant Miller's *pro se* motion for early termination of his supervised release (Doc. #486) is **GRANTED.**

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: February 18, 2021